NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**REALTIME ADAPTIVE STREAMING LLC,**
*Plaintiff-Appellant*

v.

**SLING TV, L.L.C., SLING MEDIA, L.L.C., DISH NETWORK L.L.C., DISH TECHNOLOGIES L.L.C.,**
*Defendants-Appellees*

**SLING MEDIA, INC., ECHOSTAR TECHNOLOGIES LLC,**
*Defendants*

_____

2023-1035
_____

Appeal from the United States District Court for the District of Colorado in No. 1:17-cv-02097-RBJ, Judge R. Brooke Jackson.

_____

**ON MOTION**
_____

Before MOORE, *Chief Judge*, LOURIE, *Circuit Judge,* and ALBRIGHT, *District Judge*.[1]

PER CURIAM.

# O R D E R

DISH Network L.L.C., DISH Technologies L.L.C., Sling Media, L.L.C. and Sling TV, L.L.C. move unopposed for a thirty-day extension of time until October 23, 2024, by which to file a petition for rehearing.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

September 19, 2024
Date

Jarrett B. Perlow
Clerk of Court

---

[1]   Honorable Alan D Albright, District Judge, United States District Court for the Western District of Texas, sitting by designation.